B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Amos, Jermaine Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Amos, Tina M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3345** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7549** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1986 West Algonquin Road**<br>**Apt. 12A**<br>**Mount Prospect, IL**          ZIP Code **60056** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1986 West Algonquin Road**<br>**Apt. 12A**<br>**Mount Prospect, IL**          ZIP Code **60056** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Amos, Jermaine Sr.**<br>**Amos, Tina M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Northern District of Illinois, Easterrn Division** | Case Number:<br>**11-28398** | Date Filed:<br>**7/09/11** |
| Location<br>Where Filed: **Northern District of Illinois, Eastern Division** | Case Number:<br>**07-19702** | Date Filed:<br>**10/23/07** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Lorraine M. Greenberg   ARDC No.: June 16, 2014**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Lorraine M. Greenberg   ARDC No.: 3129023** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Amos, Jermaine Sr.**<br>**Amos, Tina M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jermaine Amos, Sr.**
Signature of Debtor  **Jermaine Amos, Sr.**

X **/s/ Tina M Amos**
Signature of Joint Debtor **Tina M Amos**

Telephone Number (If not represented by attorney)

**June 16, 2014**
Date

### Signature of Attorney*

X **/s/ Lorraine M. Greenberg   ARDC No.:**
Signature of Attorney for Debtor(s)

**Lorraine M. Greenberg   ARDC No.: 3129023**
Printed Name of Attorney for Debtor(s)

**Lorraine M. Greenberg**
Firm Name

**150 N. Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**

Address

**Email: lgreenberg@greenberglaw.net**
**312-588-3330  Fax: 312-264-5620**
Telephone Number

**June 16, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jermaine Amos, Sr.**
        **Tina M Amos**

Debtor(s)

Case No. _____

Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Jermaine Amos, Sr.**

        **Jermaine Amos, Sr.**

Date:  **June 16, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jermaine Amos, Sr.**
**Tina M Amos**

                                  Debtor(s)       Case No.

Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Tina M Amos**
_____
**Tina M Amos**

Date:  **June 16, 2014**
_____

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Jermaine Amos, Sr.,**
         **Tina M Amos**

Case No. _____

_____ ,

Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 6,261.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,867.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 5,102.16 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 49 | | 106,328.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,416.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,410.00 |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 6,261.00 | | |
| Total Liabilities | | | | 117,297.51 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Jermaine Amos, Sr.,**
**Tina M Amos**

Case No. _____

_____ ,
Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **4,579.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **523.16** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **0.00** |
| Student Loan Obligations (from Schedule F) | **33,681.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **0.00** |
| TOTAL | **38,783.16** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **5,416.09** |
| Average Expenses (from Schedule J, Line 22) | **5,410.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | **7,495.88** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **5,652.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | **5,102.16** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **0.00** |
| 4. Total from Schedule F | | **106,328.35** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **111,980.35** |

B6A (Official Form 6A) (12/07)

.

In re    **Jermaine Amos, Sr.,**                                              Case No. _____
         **Tina M Amos**
_____,
                                  Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | | |

__0__    continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re   **Jermaine Amos, Sr.,**                                        Case No. _____
        **Tina M Amos**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash on hand** | J | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **debit card** | W | 1.00 |
| | | **checking account at Chase Bank** | H | 10.00 |
| | | **checking account at JP Morgan Chase Bank (inactive)** | W | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings; linens, housewares, small appliances, pots, pans, dishes; tv, beds, chairs, dressers, dvd player, household tools, lamps, living room furnishings, bicycles, stero, vcr,** | J | 2,000.00 |
| | | **living room set** | J | 0.00 |
| | | **bedroom set** | J | 0.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **necessary personal clothing; bible; textbooks; pictures** | J | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **term life insurance policy** | H | 0.00 |
| | | **long term disability insurance policy** | H | 0.00 |

|  | Sub-Total > | 2,511.00 |
|---|---|---|
|  | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**                Case No. _____

       **Tina M Amos**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | 401(k) | | H | 2,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       **2,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**                                    Case No. _____
    **Tina M Amos**

                                       Debtors,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Hyundai Santa Fe (200,000 + miles)** | J | 200.00 |
| | | **1999 Jeep Cherokee (100,000 miles)** | J | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **dog** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                 Sub-Total >      **1,700.00**
                                            (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**                                        Case No. _____
         **Tina M Amos**

_____,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Pearl Bell Drum Kit** | **W** | **50.00** |

| | | |
|---|---|---|
| | Sub-Total > | **50.00** |
| | (Total of this page) | |
| | Total > | **6,261.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re  **Jermaine Amos, Sr.,**                                              Case No. _____
     **Tina M Amos**

_____,
                                  Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **cash on hand** | **735 ILCS 5/12-1001(b)** | **100%** | **0.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **debit card** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **checking account at Chase Bank** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings; linens, housewares, small appliances, pots, pans, dishes; tv, beds, chairs, dressers, dvd player, household tools, lamps, living room furnishings, bicycles, stero, vcr,** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **necessary personal clothing; bible; textbooks; pictures** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k)** | **735 ILCS 5/12-1006** | **100%** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Hyundai Santa Fe (200,000 + miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **200.00** |
| **1999 Jeep Cherokee (100,000 miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **1,500.00** |

                                                       Total:    **9,311.00**        **6,211.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Jermaine Amos, Sr.,**                                          Case No. _____
        **Tina M Amos**
                                                                    ,
_____
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Pearl Bell Drum Kit | | | | | |
| **Quinlan & Fabish Music Company 166 Shore Drive Burr Ridge, IL 60521** | | | J | | | | | | | |
| | | | | | Value $                50.00 | | | | 15.00 | 0.00 |
| Account No. | | | | | | | | | | |
| **Robert R. Mucci PO Box 190 West Chicago, IL 60186** | | | | | **Representing: Quinlan & Fabish Music Company** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | bedroom set | | | | | |
| **Rent-A-Center Glenn Heilizer 5 N. Wabash Avenue Ste. 1304 Chicago, IL 60602** | | | J | | | | | | | |
| | | | | | Value $                 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | living room set | | | | | |
| **Rent-A-Center Glenn Heilizer 5 N. Wabash Avenue Ste. 1304 Chicago, IL 60602** | | | J | | | | | | | |
| | | | | | Value $                 0.00 | | | | 0.00 | 0.00 |

  __1__   continuation sheets attached

                      Subtotal
                (Total of this page)        15.00        0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __Jermaine Amos, Sr.,__
    __Tina M Amos__                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **30000167550041000** | | | Opened 4/01/05 Last Active 8/04/10 | | | | | |
| **Santander Consumer Usa** Po Box 961245 Ft Worth, TX 76161 | | H | **Purchase Money Security** **2002 Hyundai Santa Fe (200,000 + miles)** | | | | | |
| | | | Value $ **200.00** | | | | **5,852.00** | **5,652.00** |
| Account No. | | | | | | | | |
| **National Capital Management, LLC.** POB 12786 Norfolk, VA 23541 | | | **Representing:** **Santander Consumer Usa** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **5,852.00** | **5,652.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **5,867.00** | **5,652.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Jermaine Amos, Sr.,**                                     Case No. _____
       **Tina M Amos**

_____ ,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Jermaine Amos, Sr.,**
    **Tina M Amos**
                                             Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Child Support Bankruptcy Reporting**<br>**DCSE/MRU**<br>**P.O. Box 19405**<br>**Springfield, IL 62794-9405** | | J | | | | | **4,579.00** | **0.00**<br><br>**4,579.00** |
| Account No.<br><br>**IL Dept of Healthcare and Family Service**<br>**PO Box 19405**<br>**Springfield, IL 62794** | | | **Representing:**<br>**Child Support Bankruptcy Reporting** | | | | **Notice Only** | |
| Account No.<br><br>**State Disbursement Unit**<br>**P.O. Box 5400**<br>**Carol Stream, IL 60197-5400** | | | **Representing:**<br>**Child Support Bankruptcy Reporting** | | | | **Notice Only** | |
| Account No.<br><br>**Tracey Smith**<br>**9112 S Ada**<br>**Chicago, IL 60620-3533** | | J | | | | | **0.00** | **0.00**<br><br>**0.00** |
| Account No.<br><br> | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **4,579.00** | **4,579.00** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Jermaine Amos, Sr.,**              Case No. _____
         **Tina M Amos**

_____,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph St. Level 7-400 Chicago, IL 60601** | | W | | | | | **418.16** | **0.00** | **418.16** |
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue PO Box 64338 Chicago, IL 60664-0338** | | | **Representing: Illinois Department of Revenue** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | J | | | | | **105.00** | **0.00** | **105.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | **0.00** 523.16 | 523.16 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **0.00** 5,102.16 | 5,102.16 |

B6F (Official Form 6F) (12/07)

In re  **Jermaine Amos, Sr.,**                                                    Case No. _____
       **Tina M Amos**
                                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 8479817783590 3<br><br>**A,T & T**<br>**PO Box 5093**<br>**Carol Stream, IL 60197-5093** | | H | | | | | | | 94.01 |
| Account No.<br><br>**ABC Payday Direct**<br>**3070 Lakecrest Circle**<br>**Suite 400**<br>**Suite 120**<br>**Lexington, KY 40513** | | | | J | | | | | 0.00 |
| Account No. 328746722<br><br>**Advocate HealthCare**<br>**PO Box 5598**<br>**Chicago, IL 60680-5598** | | | | J | | | | | 312.34 |
| Account No.<br><br>**Advocate Healthcare**<br>**PO Box 73208**<br>**Chicago, IL 60673-7208** | | | | | **Representing:**<br>**Advocate HealthCare** | | | | **Notice Only** |

__48__  continuation sheets attached

Subtotal                         406.35
(Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    S/N:23745-140611   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
        **Tina M Amos**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **Advocate Heatlh & Hospital Corp** <br> **c/o Harris & Harris, Ltd** <br> **111 West Jackson Blvd., Suite 400** <br> **Chicago, IL 60604-4134** | | J | | | | | 1,815.56 |
| Account No. <br><br> **Advocate Lutheran General Hospital** <br> **Patient Financial Services** <br> **1775 Dempster** <br> **Park Ridge, IL 60068** | | W | 10/17/2010 | | | | 343.20 |
| Account No. <br><br> **Harris & Harris, Ltd** <br> **222 Merchandise Mart Plaza** <br> **Suite 1900** <br> **Chicago, IL 60654** | | | **Representing:** <br> **Advocate Lutheran General Hospital** | | | | Notice Only |
| Account No. **1000585278** <br><br> **Advocate Medical Group** <br> **701 Lee Street** <br> **Suite 300** <br> **Des Plaines, IL 60016** | | J | | | | | 83.00 |
| Account No. **7055171** <br><br> **Malcolm S. Gerald & Associates** <br> **332 S. Michigan Avenue Suite 600** <br> **Chicago, IL 60604** | | | **Representing:** <br> **Advocate Medical Group** | | | | Notice Only |

Sheet no. __1__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,241.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
         **Tina M Amos**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Affirmative Insurance Services**<br>**6640 S Cicero Ave**<br>**Chicago, IL 60638** | | J | | | | | **0.00** |
| Account No. <br><br>**Blatt, Hasenmiller, Leibsker & Moor**<br>**125 South Wacker Drive, Ste. 400**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Affirmative Insurance Services** | | | | **Notice Only** |
| Account No. <br><br>**American InfoSource LP as agent for**<br>**T Mobile/T-Mobile USA Inc**<br>**PO Box 248848**<br>**Oklahoma City, OK 73124-8848** | | J | | | | | **0.00** |
| Account No. **19603079149** <br><br>**American Medical Collection Agency**<br>**4 Westchester Plaza**<br>**Suite 110**<br>**Elmsford, NY 10523** | | J | LCA 0235C5047760 | | | | **26.00** |
| Account No. **19603079149/02 A16 4239353** <br><br>**American Medical Collection Agency**<br>**4 Westchester Plaza**<br>**Suite 110**<br>**Elmsford, NY 10523** | | J | LCA 023513910240 | | | | **14.00** |

Sheet no. __**2**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
      **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Web Loan** <br> **522 N 14th Street** <br> **Box 130** <br> **Ponca City, OK 74601** | | J | | | | | **600.00** |
| Account No. <br><br> **Americash Loans, LLC** <br> **880 Lee Street** <br> **Suite 302** <br> **Des Plaines, IL 60016** | | J | | | | | **1,276.23** |
| Account No. <br><br> **Americash Loans, LLC** <br> **880 Lee Street** <br> **Ste. 302** <br> **Des Plaines, IL 60016** | | J | | | | | **2,372.00** |
| Account No. <br><br> **Ameriloan** <br> **6161 Savory** <br> **Ste. 600** <br> **Houston, TX 77036** | | J | | | | | **300.00** |
| Account No. <br><br> **AmeriLoan** <br> **2533 N. Carson Street** <br> **Suite 4976** <br> **Carson City, NV 89706** | | | **Representing:** <br> **Ameriloan** | | | | **Notice Only** |

Sheet no. __3__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,548.23**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ameriloan**<br>**3531 P Street NW**<br>**Miami, OK 74354-1904** | | | Representing:<br>**Ameriloan** | | | | **Notice Only** |
| Account No.<br><br>**Ameriloan**<br>**North Main PO Box 1525**<br>**Miami, OK 74355** | | | Representing:<br>**Ameriloan** | | | | **Notice Only** |
| Account No.<br><br>**Aronson Furniture Company**<br>**c/o Freedman, Anselmo et al**<br>**P.O. Box 3216**<br>**Naperville, IL 60566** | J | | | | | | **1,200.00** |
| Account No. **87122792**<br><br>**AT & T Uverse**<br>**c/o Bay Area Credit Service LLC**<br>**1901 W 10th Street**<br>**Antioch, CA 94509** | H | | | | | | **366.53** |
| Account No. **107779209**<br><br>**AT&T Uverse**<br>**PO Box 5014**<br>**Carol Stream, IL 60197-5014** | | | Representing:<br>**AT & T Uverse** | | | | **Notice Only** |

Sheet no. __4__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,566.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
**Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **32900166** <br><br> **At&T Mobility** <br> **c/o Southwest Credit** <br> **4120 International Pkway** <br> **Suite 1100** <br> **Carrollton, TX 75007-1958** | | J | | | | | 1,448.34 |
| Account No. <br><br> **Banfield Wellness Plan Financial Sv** <br> **8000 N Tillamook Street** <br> **Portland, OR 97213** | | J | | | | | 0.00 |
| Account No. **49355437** <br><br> **Bank of America** <br> **c/o Enhanced Recovery Co LLC** <br> **PO Box 1967** <br> **Southgate, MI 48195-0967** | | J | | | | | 830.64 |
| Account No. **80491** <br><br> **Baron Coll** <br> **155 Revere Dr** <br> **Northbrook, IL 60062** | | J | **P C R M Inc Yorkbrook Apart** | | | | 2,551.00 |
| Account No. <br><br> **BestChoice123.com** <br> **P.O. Box 472** <br> **Talmage, CA 95481** | | J | | | | | 1,268.75 |

Sheet no. __5__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,098.73

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**
                                                                    Case No. _____

_____ ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Hamilton Liberty, Inc. dba Best Choice 123.com PO Box 472 Talmage, CA 95481** | | | | | Representing: BestChoice123.com | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Hamilton Liberty, Inc. dba BestChoice123.com PO Box 257, Main Street Charlestown, NEVIS** | | | | | Representing: BestChoice123.com | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121** | | J | | | | | | | **0.00** |
| Account No. xxxxxxxxxxxx7225 | | | | | | | | | |
| **Capital One Bank Attention:  Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130-0285** | | J | | | | | | | **440.48** |
| Account No. 5178052451078824 | | | | | Opened  6/25/04  Last Active 11/11/05 CreditCard | | | | |
| **Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130** | | H | | | | | | | **1,429.00** |

Sheet no. __6__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,869.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Capital One** **c/o Tsys Total Debt Management, Inc** **PO Box 5155** **Norcross, GA 30091** | | | | Representing: Capital One, N.a. | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Capital One Bank (USA), N.A.** **by American InfoSource LP as agent** **PO Box 71083** **Charlotte, NC 28272-1083        Clai** **Original Filed Date: 10/25/2011** | | | | Representing: Capital One, N.a. | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Capital One, N.a.** **Po Box 85520** **Richmond, VA 23285** | | | | Representing: Capital One, N.a. | | | | **Notice Only** |
| Account No. **4862362434355734** | | | | Opened  5/06/04  Last Active  4/11/05 CreditCard | | | | |
| **Capital One, N.a.** **Capital One Bank (USA) N.A.** **Po Box 30285** **Salt Lake City, UT 84130** | | H | | | | | | **1,066.00** |
| Account No. | | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moor** **125 South Wacker Drive** **Suite 400** **Chicago, IL 60606** | | | | Representing: Capital One, N.a. | | | | **Notice Only** |

Sheet no. __7__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,066.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**                                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Capital One, N.a.**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | | Representing:<br>**Capital One, N.a.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Cash America Net Of Illinois LLC**<br>**200 West Jackson Blvd**<br>**Suite 2400**<br>**Chicago, IL 60606** | | J | | | | | **0.00** |
| Account No. | | | | | | | |
| **Cashnet**<br>**200 West Jackson**<br>**Chicago, IL 60606** | | J | | | | | **0.00** |
| Account No. | | | | | | | |
| **Cashnet500**<br>**4001 South 700 Street**<br>**Salt Lake City, UT 84107** | | | Representing:<br>**Cashnet** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **CashNetUSA.com**<br>**PO Box 18066**<br>**Hauppauge, NY 11788-8866** | | | Representing:<br>**Cashnet** | | | | **Notice Only** |

Sheet no. __8__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
                                                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
         **Tina M Amos**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CashTransferCenters.com Level 8, Suite 3, Plaza Commercial Bisazza Street, Sliema SLM15 Malta** | | J | | | | | **0.00** |
| Account No. | | | | | | | |
| **CAsh Transfer Centers PO Box 1216 Oaks, PA 19456** | | | **Representing: CashTransferCenters.com** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Cash Transfer Centers 400-15225 104th Ave Surrey BC  V3R  6Y8** | | | **Representing: CashTransferCenters.com** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Castle PayDay.com Customer Support PO Box 704 Watersmeet, MI 49969** | | J | | | | | **1,875.00** |
| Account No. **xxxxxxxxx 1023** | | | | | | | |
| **Check Into Cash of Illinois LLC dba Check Into Cash 781 W Golf Road Des Plaines, IL 60016** | | J | | | | | **700.00** |

Sheet no. __9___ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
         **Tina M Amos**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| **Check Into Cash of Illinois, LLC c/o CT Corporation System 208 S LaSalle Street Suite 814 Chicago, IL 60604** | | | | **Check Into Cash of Illinois LLC** | | | | **Notice Only** |
| Account No. **94970732411001220060228** | | H | | Opened 2/01/06 Last Active 6/30/11 Educational | | | | |
| **Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773** | | | | | | | | **4,488.00** |
| Account No. | | | | Representing: | | | | |
| **Chela Po Box 9500 Wilkes Barre, PA 18773** | | | | **Chela** | | | | **Notice Only** |
| Account No. **94970732411001520060324** | | H | | Opened 3/01/06 Last Active 6/30/11 Educational | | | | |
| **Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773** | | | | | | | | **4,443.00** |
| Account No. | | | | Representing: | | | | |
| **Chela Po Box 9500 Wilkes Barre, PA 18773** | | | | **Chela** | | | | **Notice Only** |

Sheet no. __**10**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,931.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
      **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9497073241100142006032 4** <br><br>**Chela** <br>**Attn: Bankruptcy** <br>**Po Box 9500** <br>**Wilkes-Barre, PA 18773** | | H | | **Opened 3/01/06 Last Active 6/30/11** <br>**Educational** | | | | **2,650.00** |
| Account No. <br><br>**Chela** <br>**Po Box 9500** <br>**Wilkes Barre, PA 18773** | | | | **Representing:** <br>**Chela** | | | | **Notice Only** |
| Account No. **9497073241100132006030 2** <br><br>**Chela** <br>**Attn: Bankruptcy** <br>**Po Box 9500** <br>**Wilkes-Barre, PA 18773** | | H | | **Opened 3/01/06 Last Active 6/30/11** <br>**Educational** | | | | **2,650.00** |
| Account No. <br><br>**Chela** <br>**Po Box 9500** <br>**Wilkes Barre, PA 18773** | | | | **Representing:** <br>**Chela** | | | | **Notice Only** |
| Account No. <br><br>**Sallie Mae, Inc. on behalf of** <br>**UNITED STUDENT AID FUNDS, INC.** <br>**c/o Sallie Mae Guarantee Services, Inc.** <br>**P. O. Box 6180** <br>**Indianapolis, IN 46206-6180** | | | | **Representing:** <br>**Chela** | | | | **Notice Only** |

Sheet no. __11__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,300.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jermaine Amos, Sr.,**
       **Tina M Amos**
                                                 , 

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9497073241100111980815**<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | H | **Opened 8/01/88 Last Active 6/30/11**<br>**Educational** | | | | **611.00** |
| Account No.<br><br>**Sallie Mae Inc. on behalf of**<br>**Educational Credit Mgmt Corp/VA**<br>**Lockbox 8682**<br>**PO Box 75848**<br>**Saint Paul, MN 55175** | | | **Representing:**<br>**Chela** | | | | **Notice Only** |
| Account No.<br><br>**CNU of Illinois, LLC**<br>**dba CashnetUSA**<br>**200 West Jackson Blvd.**<br>**Suite 2400**<br>**Chicago, IL 60606** | | J | | | | | **0.00** |
| Account No.<br><br>**Collect America**<br>**370 17th Street**<br>**Ste 5000**<br>**Denver, CO 80202** | | J | | | | | **0.00** |
| Account No.<br><br>**Squaretwo Financial Commercial**<br>**Funding Corp**<br>**c/o CT Corporation**<br>**208 S LaSalle St, Suite 814**<br>**Chicago, IL 60604** | | | **Representing:**<br>**Collect America** | | | | **Notice Only** |

Sheet no. __12__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**611.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**                                    Case No. _____
         **Tina M Amos**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Collection Company of America** <br>**P.O. Box 601** <br>**Norwell, MA 02061-0601** | | J | | | | | **581.00** |
| Account No. <br><br>**Collection Company of America** <br>**700 Longwater Drive** <br>**2nd Floor** <br>**Norwell, MA 02061-1674** | | | **Representing:** <br>**Collection Company of America** | | | | **Notice Only** |
| Account No. <br><br>**Colony Apartments** <br>**475 Enterprise Drive** <br>**Mount Prospect, IL 60056** | | J | | | | | **1,991.00** |
| Account No. **01-010000-8771101310149154-00** <br><br>**Comcast** <br>**PO Box 3002** <br>**Southeastern, PA 19398-3002** | | J | | | | | **361.06** |
| Account No. **48025-72134** <br><br>**ComEd** <br>**2100 Swift Dr.** <br>**Attn: Bankruptcy** <br>**Oak Brook, IL 60523** | | J | | | | | **305.00** |

Sheet no. __**13**__ of __**48**__ sheets attached to Schedule of        Subtotal        **3,238.06**
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
        **Tina M Amos**                                          Case No. _____

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4631188044**<br><br>**ComEd**<br>**C/O: System Credit Department**<br>**2100 West Drive**<br>**Oak Brook, IL 60523** | | W | | | | | **1,000.00** |
| Account No.<br><br>**ComEd**<br>**3 Lincoln Center**<br>**Oakbrook Terrace, IL 60181** | | J | | | | | **400.00** |
| Account No.<br><br>**Consumer Legal Advisors**<br>**4500 S 129th E Avenue**<br>**Suite 177**<br>**Tulsa, OK 74134** | | J | | | | | **0.00** |
| Account No. **41462851**<br><br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | J | **Opened 11/01/09**<br>**CollectionAttorney Comcast Chicago Seconds - 1000** | | | | **247.00** |
| Account No.<br><br>**Credit Management**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | | **Representing:**<br>**Credit Management** | | | | **Notice Only** |

Sheet no. __**14**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,647.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Credit One Bank**<br>**PO Box 98873**<br>**Las Vegas, NV 89193** | | J | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Credit Protection Assoc.**<br>**13355 Noel Road**<br>**Suite 2100**<br>**Dallas, TX 75240** | | J | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **CrossCheck INC**<br>**6119 State Farm Drive**<br>**Rohnert Park, CA 94928** | | J | | | | | | **15.00** |
| Account No. | | | | | | | | |
| **CrossCheck INC**<br>**1440 N McDowell Blvd**<br>**Petaluma, CA 94954** | | | | **Representing:**<br>**CrossCheck INC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **DashofCash**<br>**P.O. Box 1469**<br>**Kahnawake, Quebec J0L 1B0** | | J | | | | | | **1,000.00** |

Sheet no. __15__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,015.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**                                                Case No. _____

                                                        _____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **D00332001**☐☐ | | J | | | | | |
| **Devry Inc**<br>**814 Commerce Drive**<br>**Oak Brook, IL 60523** | | | | | | | **1,500.00** |
| Account No. | | J | | | | | |
| **Devry Inc**<br>**814 Commerce Drive**<br>**Oak Brook, IL 60523** | | | | | | | **606.91** |
| Account No. | | J | | | | | |
| **Dominicks Finer Foods**<br>**Customer Service Center**<br>**Safeway, Inc.  M/S 10501**<br>**PO Box 29093**<br>**Phoenix, AZ 85038-9093** | | | | | | | **0.00** |
| Account No. 2367763 | | J | **Checkn Go** | | | | |
| **Dr/bond Coll**<br>**Po Box 498609**<br>**Cincinnati, OH 45249** | | | | | | | **250.00** |
| Account No. | | | **Representing:**<br>**Dr/bond Coll** | | | | |
| **Dr/bond Coll**<br>**7745 E Kemper Rd**<br>**Cincinnati, OH 45249** | | | | | | | **Notice Only** |

Sheet no. __**16**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **2,356.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2367779**<br><br>**Dr/bond Coll<br>Po Box 498609<br>Cincinnati, OH 45249** | | J | **Checkn Go** | | | | | **233.00** |
| Account No.<br><br>**Dr/bond Coll<br>7745 E Kemper Rd<br>Cincinnati, OH 45249** | | | | **Representing:<br>Dr/bond Coll** | | | | **Notice Only** |
| Account No.<br><br>**East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603** | | J | | | | | | **0.00** |
| Account No.<br><br>**Ecast Settlement<br>P.O. Box 35480<br>Newark, NJ 07193-5480** | | J | | | | | | **0.00** |
| Account No.<br><br>**Educational Credit Mgmt. Corp.<br>101 E. 5th Street, #2400<br>Bankruptcy Dept.<br>St. Paul, MN 55101** | | J | | | | | | **0.00** |

Sheet no. __**17**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**233.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
     **Tina M Amos**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ECMC**<br>**Lockbox 8682**<br>**PO Box 16478**<br>**Saint Paul, MN 55116** | | | **Representing:**<br>**Educational Credit Mgmt. Corp.** | | | | **Notice Only** |
| Account No. **37276** <br><br>**Elmhurst Animal Care Center**<br>**850 S Riverside Drive**<br>**Elmhurst, IL 60126** | | J | | | | | **245.87** |
| Account No. <br><br>**Elmhurst Memorial Hospital**<br>**PO Box 92348**<br>**Attn:  Patient Accts/Bankruptcy**<br>**Chicago, IL 60675-2348** | | J | | | | | **0.00** |
| Account No. <br><br>**Pellettieri & Associates, P.C.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **3052540** <br><br>**Fair Collection**<br>**6931 Arlington Road**<br>**Suite 40**<br>**Bethesda, MD 20814** | | J | 09 The Colony Apartments 01596 | | | | **0.00** |

Sheet no. __**18**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**245.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10197004**  Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | J | Opened  7/01/09 CollectionAttorney Urology Health Partners | | | | 27.00 |
| Account No.  Fifth Third Bank Customer Service MD 1MOC2G-4050 38 Fountain Square Plaza Cincinnati, OH 45263 | | J | | | | | 0.00 |
| Account No. 237587928  Certegy Payment Recovery Svs 3500 5th Street Northport, AL 35476 | | | Representing: Fifth Third Bank Customer Service | | | | Notice Only |
| Account No. 6111663  Firstsource Fin Soluti 7650 Magna Drive Belleville, IL 62223 | | H | Opened 10/01/10 CollectionAttorney Northwest Community Hospital | | | | 704.00 |
| Account No.  Gateway Holdings Group LLC c/o Jennifer Macri 348 Plaza Atlantic Beach, FL 32233 | | W | | | | X | 0.00 |

Sheet no. __**19**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

731.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
      **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gateway** <br> **4 Solomon's Arcade** <br> **Charleston, NEVIS** <br> **West Indies** | | | Representing: <br> **Gateway Holdings Group LLC** | | | | **Notice Only** |
| Account No. <br><br> **GE Money Bank** <br> **Attn: Bankruptcy Dept.** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | J | | | | | **0.00** |
| Account No. **6008891136668439** <br><br> **Gemb/JC Penny** <br> **Attention: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | H | Opened 1/01/95 Last Active 8/01/03 <br> ChargeAccount | | | | **Unknown** |
| Account No. <br><br> **Gemb/JC Penny** <br> **Po Box 965005** <br> **Orlando, FL 32896** | | | Representing: <br> **Gemb/JC Penny** | | | | **Notice Only** |
| Account No. <br><br> **GQ Magazine** <br> **c/o North Shore Agency** <br> **PO Box 4945** <br> **Trenton, NJ 08650** | | J | | | | | **0.00** |

Sheet no. __**20**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
    **Tina M Amos**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**GR Enterprises**<br>**National Loan Center**<br>**PO Box 5813**<br>**Wilmington, DE 19808** | | J | | | | | | **0.00** |
| Account No.<br><br>**GR Enterprises dba Signmyloan.net**<br>**National Loan Center**<br>**PO Box 5813**<br>**Wilmington, DE 19808** | | J | | | | | | **390.00** |
| Account No.<br><br>**Great Eagle Lending**<br>**2726 Mission Rancheria Rd**<br>**Lakeport**<br>**,**<br>**CA** | | J | | | | | | **0.00** |
| Account No.<br><br>**Great Lakes Specialty Finance, Inc.**<br>**dba Check N Go**<br>**c/o CT Corporation System**<br>**208 S LaSalle Street, Suite 814**<br>**Chicago, IL 60604** | | J | | | | | | **0.00** |
| Account No.<br><br>**Check N Go**<br>**1047 C  York Road**<br>**Bensenville, IL 60106** | | | | Representing:<br>**Great Lakes Specialty Finance, Inc.** | | | | **Notice Only** |

Sheet no. __**21**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**390.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
      **Tina M Amos**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5230-4700-0001-2217** <br><br> **H & R Block Bank Correspondence PO Box 105824 Atlanta, GA 30348-5824** | | J | | | | | 555.00 |
| Account No. **B836371** <br><br> **H E Stark Agency 6425 Odana Rd Madison, WI 53715** | | J | **Opened 11/01/10 ReturnedCheck Quality Cellular Corp./Illinoi** | | | | 286.00 |
| Account No. **09694452** <br><br> **Harris Connect Chase Receivables 1247 Broadway Sonoma, CA 95476** | | J | | | | | 144.42 |
| Account No. **1876944793 /201020303** <br><br> **Heller and Frisone for TCF NB 33 North LaSalle Street Suite 1200 Chicago, IL 60602** | | J | | | | | 194.00 |
| Account No. <br><br> **Home Properties c/o Sanford Kahn 180 N LaSalle, Suite 2025 Chicago, IL 60601** | | J | | | | | 5,693.00 |

Sheet no. __**22**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              6,872.42

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
**Tina M Amos**

Case No. _____

,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **D52897031**<br><br>**Il Dept Of Healthcare**<br>**509 S 6th St**<br>**Springfield, IL 62701** | | H | **Opened 10/01/00  Last Active  6/06/11**<br>**FamilySupport** | | | | **2.00** |
| Account No.<br><br>**IL Dept of Healthcare & Family Svs**<br>**PO Box 19405**<br>**Springfield, IL 62794** | | J | | | | | **0.00** |
| Account No.<br><br>**Illinois Bell Telephone Company**<br>**% AT&T Services Inc.**<br>**James Grudus, Esq.**<br>**One AT&T Way, Room 3A218**<br>**Bedminster, NJ 07921** | | J | | | | | **163.54** |
| Account No.<br><br>**Illinois Bone & Joint**<br>**5057 Paysphere Circle**<br>**Chicago, IL 60674** | | J | **9/17/10** | | | | **120.00** |
| Account No. **12322586**<br><br>**ICS Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | | **Representing:**<br>**Illinois Bone & Joint** | | | | **Notice Only** |

Sheet no. __**23**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**285.54**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
**Tina M Amos**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **P1142655** <br><br> **Illinois Bone & Joint Institute** <br> **5057 Paysphere Circle** <br> **Chicago, IL 60674-0001** | | W | | | | | **184.00** |
| Account No. <br><br> **Illinois Bone & Joint Institute** <br> **5057 Paysphere Circle** <br> **Chicago, IL 60674-0001** | | J | 9/17/10 | | | | **210.00** |
| Account No. **12322586** <br><br> **ICS Inc.** <br> **PO Box 1010** <br> **Tinley Park, IL 60477-9110** | | | **Representing:** <br> **Illinois Bone & Joint Institute** | | | | **Notice Only** |
| Account No. **xxx9355** <br><br> **Illinois Collection Service** <br> **PO Box 1010** <br> **Tinley Park, IL 60477-9110** | | J | | | | | **0.00** |
| Account No. <br><br> **Illinois Department of Revenue** <br> **PO Box 64338** <br> **Chicago, IL 60664-0338** | | J | | | | | **708.14** |

Sheet no. __24__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,102.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
           **Tina M Amos**                                                          Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Illinois Department of Revenue** <br> **PO Box 64338** <br> **Chicago, IL 60664-0338** | | H | | | | | **1,726.55** |
| Account No. **13499415** <br><br> **Harvard Collection Services, Inc** <br> **4839 N. Elston Avenue** <br> **Chicago, IL 60630-2534** | | | Representing: <br> **Illinois Department of Revenue** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Unit** <br> **100 W. Randolph St.** <br> **Level 7-400** <br> **Chicago, IL 60601** | | J | | | | | **551.00** |
| Account No. <br><br> **Illinois Title Loans, Inc** <br> **c/o The Salkin Law Firm, P.A.** <br> **1776 N. Pine Island Road, Suite 218** <br> **Plantation, FL 33322** | | J | | | | | **0.00** |
| Account No. <br><br> **Illinois Title Loans, Inc.** <br> **c/o CT Corporation System** <br> **208 S LaSalle Street** <br> **Suite 814** <br> **Chicago, IL 60604** | | J | **1999 Jeep Cherokee (100,000 miles)** | | | | **1,100.00** |

Sheet no. __25__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,377.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
    **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TL-IL0238-101014-3114-00**<br><br>**Illinois Title Loans, Inc.**<br>**822 W. Northwest Hwy**<br>**Arlington Heights, IL 60004** | | | **Representing:**<br>**Illinois Title Loans, Inc.** | | | | **Notice Only** |
| Account No. **7931729**<br><br>**Integrity Solutions Services**<br>**PO Box 1898**<br>**Saint Charles, MO 63302** | | J | **First Premier Bank** | | | | **454.07** |
| Account No. **5433-6280-7879-4553**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | | **Representing:**<br>**Integrity Solutions Services** | | | | **Notice Only** |
| Account No.<br><br>**First Premier Bank**<br>**PO Box 5524**<br>**Sioux Falls, SD 57117-5524** | | | **Representing:**<br>**Integrity Solutions Services** | | | | **Notice Only** |
| Account No.<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | J | | | | | **2,100.00** |

Sheet no. __26__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,554.07**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
**Tina M Amos**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1001000000000023004304** <br><br> **Isac** <br> **1755 Lake Cook Rd** <br> **Deerfield, IL 60015** | | H | **Opened 12/01/07  Last Active  1/31/11** <br> **Educational Slm Education Credit Fin Corp** | | | | 5,924.00 |
| Account No. **1001000000000023004302** <br><br> **Isac** <br> **1755 Lake Cook Rd** <br> **Deerfield, IL 60015** | | H | **Opened 12/01/07  Last Active  1/31/11** <br> **Educational Slm Education Credit Fin Corp** | | | | 5,865.00 |
| Account No. **1001000000000023004301** <br><br> **Isac** <br> **1755 Lake Cook Rd** <br> **Deerfield, IL 60015** | | H | **Opened 12/01/07  Last Active  1/31/11** <br> **Educational Slm Education Credit Fin Corp** | | | | 3,525.00 |
| Account No. **1001000000000023004303** <br><br> **Isac** <br> **1755 Lake Cook Rd** <br> **Deerfield, IL 60015** | | H | **Opened 12/01/07  Last Active  1/31/11** <br> **Educational Slm Education Credit Fin Corp** | | | | 3,525.00 |
| Account No. <br><br> **Isac** <br> **1755 Lake Cook Rd** <br> **Deerfield, IL 60015** | | J | | | | | 0.00 |

Sheet no. __27__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,839.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
     **Tina M Amos**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ISTA**<br>**Suite 300 B**<br>**7825 Baymeadows Way**<br>**Jacksonville, FL 32256** | | J | | | | | **0.00** |
| Account No. <br><br>**Jefferson Capital Systems LLC**<br>**Purchased From ARROW FINANCIAL SERVICES,**<br>**PO BOX 7999**<br>**SAINT CLOUD, MN 56302-9617** | | J | | | | | **0.00** |
| Account No. <br><br>**Jefferson Capital Systems LLC**<br>**PO Box 953185**<br>**Saint Louis, MO 63195** | | | **Representing:**<br>**Jefferson Capital Systems LLC** | | | | **Notice Only** |
| Account No. **ending in 1165** <br><br>**JP Morgan Chase Bank, N.A.**<br>**PO Bpx 659732**<br>**San Antonio, TX 78265** | | J | | | | | **637.00** |
| Account No. **xxx8163** <br><br>**KCA Financial Services, Inc.**<br>**628 North Street**<br>**P.O. Box 53**<br>**Geneva, IL 60134** | | J | | | | | **0.00** |

Sheet no. __28__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br>(Total of this page) | **637.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5666204** <br><br> **L J Ross And Associate** <br> **Po Box 1838** <br> **Ann Arbor, MI 48106** | | J | **Opened  9/01/08** <br> **CollectionAttorney Stringer  Dr Patricia Md** | | | | **35.00** |
| Account No. <br><br> **Literary Guild Select** <br> **Member Service Center** <br> **PO Box 916400** <br> **Rantoul, IL 61866-6400** | | J | | | | | **0.00** |
| Account No. **45031161313/784633950** <br><br> **RJM Acquisitions LLC** <br> **575 Underhill Blvd.** <br> **Suite 224** <br> **Syosset, NY 11791-3416** | | | **Representing:** <br> **Literary Guild Select** | | | | **Notice Only** |
| Account No. <br><br> **Manhattan Processing** <br> **10561 Barclay Street** <br> **Overland Park, KS 66212** | | J | | | | | **390.00** |
| Account No. <br><br> **Manhattan Processing** <br> **PO Box 368** <br> **Timber Lake, SD 57656** | | | **Representing:** <br> **Manhattan Processing** | | | | **Notice Only** |

Sheet no. __**29**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**425.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
         **Tina M Amos**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2870121**<br><br>**Med Busi Bur**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | **Med1 02 Park Ridge Anesthesiology** | | | | 246.00 |
| Account No. **2870124**<br><br>**Med Busi Bur**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | **Med1 02 Park Ridge Anesthesiology** | | | | 112.00 |
| Account No. **6771400011**<br><br>**Medical Business Burea**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | H | **Opened 11/01/08**<br>**CollectionAttorney Mercy Physician Billing** | | | | 114.00 |
| Account No. **A000105911**<br><br>**Medical Business Bureau, Inc.**<br>**1175 Devin Drive, Suite 173**<br>**Norton Shores, MI 49441** | | W | | | | | 392.67 |
| Account No.<br><br>**Park Ridge Anesthesiology**<br>**P.O. Box 1123**<br>**Jackson, MI 49204** | | | **Representing:**<br>**Medical Business Bureau, Inc.** | | | | **Notice Only** |

Sheet no. __**30**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

864.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
      **Tina M Amos**

Case No. _____

_____ ,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2589**<br><br>**Men's Health**<br>**PO Box 7318**<br>**Red Oak, IA 51591-0318** | | J | | | | | **0.00** |
| Account No. **8093080528**<br><br>**Merchants Cr**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | H | **Opened 11/01/09**<br>**CollectionAttorney Northwest Family Physicians** | | | | **224.00** |
| Account No.<br><br>**Merchants Cr**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Merchants Cr** | | | | **Notice Only** |
| Account No. **6276456064644394**<br><br>**Meta Bank**<br>**11601 Roosevelt Bl**<br>**TA 74**<br>**Saint Petersburg, FL 33701** | | H | **Opened 12/17/09  Last Active 11/05/10** | | | | **739.00** |
| Account No.<br><br>**Fingerhut Direct Marketing**<br>**6250 Ridgewood Road**<br>**Saint Cloud, MN 56303** | | | **Representing:**<br>**Meta Bank** | | | | **Notice Only** |

Sheet no. __**31**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**963.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
    **Tina M Amos**                                                Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **MetaBank**<br>**6250 Ridgewood Road**<br>**Saint Cloud, MN 56303** | | | | Representing:<br>**Meta Bank** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Midland Funding LLC**<br>**c/o Midland Credit Mgmt. Inc**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA 92123** | | J | | | | | | **0.00** |
| **Account No.** | | | | | | | | |
| **Midland Funding**<br>**American Infosource**<br>**PO Box 4457**<br>**Houston, TX 77210** | | | | Representing:<br>**Midland Funding LLC** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Midwest heart Specialists**<br>**1901 S Meyers Road**<br>**Suite 350**<br>**Oakbrook Terrace, IL 60181-5207** | | J | | | | | | **1,387.36** |
| **Account No.** | | | | | | | | |
| **Monterey Col**<br>**4095 Avenida De La Plkata**<br>**Oceanside, CA 92056** | | J | | | | | | **0.00** |

Sheet no. __32__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,387.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
     **Tina M Amos**
                                              ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Monterey Financial** **4095 Avenida De La Plata** **Oceanside, CA 92056** | | J | | | | | | 315.00 |
| Account No. | | | | | | | | |
| **National Capital Management, LLC.** **POB 12786** **Norfolk, VA 23541** | | J | | | | | | 298.00 |
| Account No. | | | | | | | | |
| **Santander Consumer Usa** **Attn: Bankruptcy Dept.** **PO Box 560284** **Dallas, TX 75356-0284** | | | | **Representing:** **National Capital Management, LLC.** | | | | Notice Only |
| Account No. | | | | | | | | |
| **National Cash Advance & Payday Loan Center** **PO Box 5813** **Wilmington, DE 19808** | | J | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **National Opportunities** **42 Reads Way** **New Castle, DE 19720** | | J | | | | | | 0.00 |

Sheet no. __33__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

613.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
      **Tina M Amos**
                                                ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1636504** <br><br> **National Ser** <br> **18820 Aurora Avenu** <br> **Shoreline, WA 98133** | | J | **International Cash Advance** | | | | **943.00** |
| Account No. **2Y6QID** <br><br> **NCO Financial** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | J | | | | | **463.34** |
| Account No. **1562647034** <br><br> **Nicor Gas** <br> **Po Box 549** <br> **Attn: Bankruptcy Dept** <br> **Aurora, IL 60507** | | H | **Opened 8/04/06 Last Active 2/01/10** <br> **Agriculture** | | | | **165.00** |
| Account No. <br><br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. <br><br> **NLS-Nat'l Payday & Loan Svc Ctr** <br> **CashAdvance.Com** <br> **599b Yonge Street, #217** <br> **Toronto, Ont M4y1Z4** | | J | | | | | **0.00** |

Sheet no. __**34**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,571.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **29043876-02005068224** <br><br> **NorthShore University Health System** <br> **Hospital Billing** <br> **23056 Network Place** <br> **Chicago, IL 60673-1230** | | J | | | | | **176.89** |
| Account No. **78253578** <br><br> **Van Ru Credit Corp** <br> **1350 E Touhy Ave** <br> **Suite 100E** <br> **Des Plaines, IL 60018-3307** | | | Representing: <br> **NorthShore University Health System** | | | | **Notice Only** |
| Account No. **28793744** <br><br> **Northshore University HealthSystem** <br> **Professional Services** <br> **23056 Network Place** <br> **Chicago, IL 60673-1230** | | J | | | | | **25.00** |
| Account No. <br><br> **Pinnacle Management Svs** <br> **514 Market Loop Suite 103** <br> **West Dundee, IL 60118** | | | Representing: <br> **Northshore University HealthSystem** | | | | **Notice Only** |
| Account No. **various** <br><br> **NorthShore University HealthSystem** <br> **Medical Group** <br> **9532 Eagle Way** <br> **Chicago, IL 60678** | | J | 28835697-0205068224; et al | | | | **405.89** |

Sheet no. __35__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**607.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
        **Tina M Amos**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **78253578** | | | | | | | | |
| **Van Ru Credit Corp** **1350 E Touhy Ave** **Suite 100E** **Des Plaines, IL 60018-3307** | | | | Representing: **NorthShore University HealthSystem** | | | | **Notice Only** |
| Account No. **995635** | | | | | | | | |
| **NorthShore University HealthSystem** **Hospital Billing** **23056 Network Place** **Chicago, IL 60673-1230** | | J | | | | | | **0.00** |
| Account No. **59866486** | | | | | | | | |
| **Northwest Community Hospital** **800 West Central Road** **Attn: Patient Accounts** **Arlington Heights, IL 60005** | | J | | | | | | **704.37** |
| Account No. | | | | | | | | |
| **Northwest Family Physicians LLC** **1700 West Central Road** **Suite 140** **Arlington Heights, IL 60005** | | J | | | | | | **224.05** |
| Account No. | | | | | | | | |
| **Opportunity Financial** **11 E Adams, Suite 501** **Chicago, IL 60603** | | J | | | | | | **710.00** |
| Sheet no. __**36**__ of __**48**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **1,638.42** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jermaine Amos, Sr.,**
    **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **30882**<br><br>**Orsini Healthcare**<br>**1111 Nicholas Blvd**<br>**Elk Grove Village, IL 60007** | | J | | | | | 161.40 |
| Account No.<br><br>**Partnership Concepts Realty Mgmt**<br>**c/o Kathleen A Barauski**<br>**155 Revere Drive - S**<br>**Northbrook, IL 60062** | | J | for notice purposes only | | | | 0.00 |
| Account No.<br><br>**Jay K. Levy & Associates**<br>**155 Revere Drive - Suite 2**<br>**Northbrook, IL 60062-1558** | | | **Representing:**<br>**Partnership Concepts Realty Mgmt** | | | | **Notice Only** |
| Account No.<br><br>**Pellettieri & Associates, P.C.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | | **Representing:**<br>**Partnership Concepts Realty Mgmt** | | | | **Notice Only** |
| Account No.<br><br>**Partnership Concepts Realty Mgmt**<br>**201 East Ogden Ave**<br>**Hinsdale, IL 60521** | | J | | | | | 2,203.00 |

Sheet no. __**37**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,364.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Penn Credit Corporation**<br>**916 S. 14th Str.**<br>**P.O. Box 988**<br>**Harrisburg, PA 17108-0988** | | J | | | | | **0.00** |
| Account No. **KZ020014**<br><br>**Pinnacle Credit Serivc**<br>**Po Box 640**<br>**Hopkins, MN 55343** | | J | **Opened 3/01/11**<br>**FactoringCompanyAccount Verizon Wireless** | | | | **407.00** |
| Account No.<br><br>**Midland Funding LLC**<br>**by American InfoSource LP as agent**<br>**Attn: Department 1**<br>**PO Box 4457**<br>**Houston, TX 77210-4457** | | | **Representing:**<br>**Pinnacle Credit Serivc** | | | | **Notice Only** |
| Account No.<br><br>**Pinnacle Credit Serivc**<br>**Pob 5617**<br>**Hopkins, MN 55343** | | | **Representing:**<br>**Pinnacle Credit Serivc** | | | | **Notice Only** |
| Account No.<br><br>**Pluto Funding**<br>**8700 State Line Road**<br>**Suite 305**<br>**Leawood, KS 66206** | | J | | | | | **300.00** |

Sheet no. __**38**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**707.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**                                              Case No. _____
       **Tina M Amos**

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pluto Marketing** <br>**1000 N West Street** <br>**Ste 1224** <br>**Wilmington, DE 19801** | | J | | | | | 0.00 |
| Account No. **5178007949015192** <br><br> **Premier BankCard/Charter** <br>**Post Office Box 2208** <br>**Vacaville, CA 95696** | | H | Opened  4/01/08  Last Active  2/06/11 <br>CreditCard5433-6280-7879-4553 | | | | 230.00 |
| Account No. <br><br> **First Premier Bank** <br>**PO Box 5524** <br>**Sioux Falls, SD 57117-5524** | | | Representing: <br>Premier BankCard/Charter | | | | Notice Only |
| Account No. <br><br> **First Premier Bank** <br>**PO Box 5519** <br>**Sioux Falls, SD 57117-5519** | | | Representing: <br>Premier BankCard/Charter | | | | Notice Only |
| Account No. **15049739** <br><br> **Professnl Acct Mgmt In** <br>**Pam Po Box 391** <br>**Milwaukee, WI 53201** | | J | Opened 10/01/10 <br>CollectionAttorney Tcf Bank | | | | 65.00 |

Sheet no. __**39**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **295.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
     **Tina M Amos**
                                             ,
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **Professnl Acct Mgmt In** **633 W Wisconsin Av** **Milwaukee, WI 53203** | | | | | Representing: **Professnl Acct Mgmt In** | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Quality Cellular Corp** **c/o H.E. Stark Agency Inc** **POB 45710** **Madison, WI 53744** | | J | | | | | | | **100.00** |
| **Account No.** | | | | | | | | | |
| **Rapital Capital** **P.O. Box 1469** **Kahnawake, Quebec J0L 1B0** | | J | | | | | | | **0.00** |
| **Account No.** | | | | | | | | | |
| **RedStone Financial LLC** **PO Box 368** **Timber Lake, SD 57656** | | J | | | | | | | **300.00** |
| **Account No.** | | | | | | | | | |
| **RJM Acquisitions LLC** **575 Underhill Blvd.** **Suite 224** **Syosset, NY 11791-3416** | | J | | | | | | | **0.00** |

Sheet no. __40__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Jermaine Amos, Sr.,__                                    Case No. _____
        __Tina M Amos__

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Robert R. Mucci PO Box 190 West Chicago, IL 60186 | | J | | | | | 12.97 |
| Account No. | | | | | | | |
| Roundup Funding LLC MS 550 PO Box 91121 Seattle, WA 98111-1121 | | J | | | | | 835.57 |
| Account No. | | | | | | | |
| Sallie Mae Inc. on behalf of Educational Credit Management Corp P.O. Box 16408 St. Paul, MN 55175 | | J | | | | | 0.00 |
| Account No. | | | | | | | |
| Sallie Mae, Inc. on behalf of USA Funds Attn: Bankruptcy Litigation PO Box 9430 (E3149) Wilkes-Barre, PA 18773-9430 | | J | | | | | 0.00 |
| Account No. | | | | | | | |
| Short Term Loans LLC James T Choslock 1400 E. Touhy Avenue, #100 Des Plaines, IL 60018 | | J | | | | | 1,009.14 |

Sheet no. __41__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,857.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
      **Tina M Amos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Short Term Loans LLC**<br>**James T Choslock**<br>**1400 E Touhy Ave #100**<br>**Des Plaines, IL 60010** | | J | | | | | | **624.56** |
| Account No. **ER007431-00**<br><br>**Short Term Loans LLC**<br>**1400 E. Touhy Avenue, #108**<br>**Des Plaines, IL 60018** | | J | | | | | | **1,171.35** |
| Account No. **4**<br><br>**Sir Finance**<br>**6140 N. Lincoln Avenue**<br>**Chicago, IL 60659** | | J | | | | | | **0.00** |
| Account No.<br><br>**Spark Preschool & Daycare**<br>**735 Westgate Road**<br>**Des Plaines, IL 60016** | | J | | | | | | **0.00** |
| Account No.<br><br>**Spencer Leak & Sons, Inc**<br>**7838 S Cottage Grove Ave**<br>**Chicago, IL 60619** | | J | | | | | | **0.00** |

Sheet no. __**42**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,795.91**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
       **Tina M Amos**                                                            Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **701325860** <br><br> **Sprint** <br> **Attn: Bankruptcy Dept** <br> **PO Box 7949** <br> **Overland Park, KS 66207-0949** | | J | | | | | **1,626.88** |
| Account No. **701325860** <br><br> **Sprint** <br> **PO Box 3827** <br> **Englewood, CO 80155-3827** | | | Representing: <br> Sprint | | | | **Notice Only** |
| Account No. <br><br> **St. James Hospital and Health Cente** <br> **1423 Chicago Road** <br> **Attn:  Patient Accounts** <br> **Chicago Heights, IL 60411** | | J | | | | | **0.00** |
| Account No. <br><br> **Mutual Hospital Svs** <br> **c/o Richard P. Komyatte & Assoc.** <br> **9650 Gordon Drive** <br> **Highland, IN 46322** | | | Representing: <br> **St. James Hospital and Health Cente** | | | | **Notice Only** |
| Account No. <br><br> **Mutual Hospital Svx** <br> **PO Box 19828** <br> **Indianapolis, IN 46219** | | | Representing: <br> **St. James Hospital and Health Cente** | | | | **Notice Only** |

Sheet no. __**43**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,626.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
      **Tina M Amos**                                                   Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **120768)** <br><br> **Suburban Ear, Nose & Throat Assoc** <br> **880 West Central Road** <br> **Suite 7200** <br> **Arlington Heights, IL 60005** | | J | | | | | 295.60 |
| Account No. <br><br> **Susan C Lapid MD SC** <br> **380 E Northwest Highway** <br> **Des Plaines, IL 60016-2290** | | J | | | | | 50.00 |
| Account No. <br><br> **Target Finance, LLC** <br> **PO Box 581** <br> **Hays, MT 59527** | | J | | | | | 0.00 |
| Account No. **15049739** <br><br> **TCF Bank** <br> **c/o Professional Account Mgmt LLC** <br> **ONPROF30** <br> **PO Box 1022** <br> **Wixom, MI 48393-1022** | | J | | | | | 65.00 |
| Account No. <br><br> **The Colony Apartments/Home Properties** <br> **475 W Enterprise Drive** <br> **Mount Prospect, IL 60056** | | J | | | | | 5,600.00 |

Sheet no. **44** of **48** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,010.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____ ,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Blitt & Gaines, P.C.** **661 Glenn Avenue** **Wheeling, IL 60090** | | | | Representing: The Colony Apartments/Home Properties | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Fair Collections & Outsourcing** **12304 Baltimore Avenue** **Beltsville, MD 20705** | | | | Representing: The Colony Apartments/Home Properties | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **The Colony Apartments** **475 W Enterprise Drive** **Mount Prospect, IL 60056** | | | | Representing: The Colony Apartments/Home Properties | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **TIOR Capital LLC** **1489 W Warn Springs Road** **Suite 110** **Henderson, NV 89014-7367** | | J | | | | | | **390.00** |
| Account No. | | | | | | | | |
| **Tony's Finer Foods** **c/o TRS Recovery Services, Inc.** **5251 WEstheimer** **Houston, TX 77056** | | J | | | | | | **0.00** |

Sheet no. __45__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**390.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
       **Tina M Amos**

Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tony's Finer Foods** <br>**1200 Bryn Mawr** <br>**Itasca, IL 60143** | | J | | | | | | 0.00 |
| Account No. **37111713727345** <br><br>**TRS Recovery Services, Inc.** <br>**5251 Westheimer** <br>**Houston, TX 77056** | | W | | | | | | 200.16 |
| Account No. **37111723726837** <br><br>**TRS Recovery Services, Inc.** <br>**5251 Westheimer** <br>**Houston, TX 77056** | | W | | | | | | 203.72 |
| Account No. **unknown** <br><br>**TRS Recovery Services, Inc.** <br>**5251 Westheimer** <br>**Houston, TX 77056** | | H | | | | | | 417.00 |
| Account No. **199373303775** <br><br>**U.S. Bank N.A.** <br>**POB 5229** <br>**Cincinnati, OH 45201-5229** | | W | | | | | | 430.00 |

Sheet no. __46__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,250.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jermaine Amos, Sr.,**
        **Tina M Amos**

Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **US Bank** **205 W. Fourth Street** **3rd Floor** **Cincinnati, OH 45202** | | | Representing: U.S. Bank N.A. | | | | **Notice Only** |
| Account No. **709179664** | | J | | | | | |
| **US Cellular** **c/o Diversified Adjustment Service,** **600 Coon Rapids Blvd** **Coon Rapids, MN 55433** | | | | | | | **1,105.79** |
| Account No. | | J | | | | | |
| **Van Ru Credit Corporation** **11745 W Bradley Road** **Milwaukee, WI 53224-2531** | | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Van Ru Credit Corp** **1350 E Touhy Ave** **Suite 100E** **Des Plaines, IL 60018-3307** | | | Representing: Van Ru Credit Corporation | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Van Ru Credit Corporation** **10024 Skokie Blvd** **P.O. Box 1109** **Skokie, IL 60077-1109** | | | Representing: Van Ru Credit Corporation | | | | **Notice Only** |

Sheet no. __**47**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,105.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jermaine Amos, Sr.,**
    **Tina M Amos**
                                                        ,      Case No. _____
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **48046616600001**<br><br>**Verizon**<br>**Verizon Wireless Department/Attn: Bankru**<br>**Po Box 3397**<br>**Bloomington, IL 61702** | | H | | **Opened 5/14/05  Last Active 1/07/06** | | | | **1,675.00** |
| Account No.<br><br>**Verizon**<br>**National Recovery**<br>**Minneapolis, MN 55426** | | | | **Representing:**<br>**Verizon** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __48__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **1,675.00** |
| Total<br>(Report on Summary of Schedules) | | **106,328.35** |

B6G (Official Form 6G) (12/07)

In re    **Jermaine Amos, Sr.,**                                        Case No. _____
         **Tina M Amos**

_____,
                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **1986 W Algonquin LLC**<br>**c/o Manager Rich**<br>**1986 W Algonquin Road**<br>**Mt Prospect, IL** | **Debtors elect to assume terms of residential lease** |
| **Rent-A-Center**<br>**Glenn Heilizer**<br>**5 N. Wabash Avenue Ste. 1304**<br>**Chicago, IL 60602** | **Debtors elect to assume terms of lease for household furnishings** |
| **Rent-a-Center**<br>**8812 West Dempster**<br>**Niles, IL 60714** | **Debtors elect to assume terms of rental purchase agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Jermaine Amos, Sr.,**                                                    Case No. _____
       **Tina M Amos**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1          **Jermaine Amos, Sr.**

Debtor 2          **Tina M Amos**
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter
    13 income as of the following date:

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                            12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your
spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed,
attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment
   information.**

   If you have more than one job,
   attach a separate page with
   information about additional
   employers.

   Include part-time, seasonal, or
   self-employed work.

   Occupation may include student
   or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **IT Business Analyst** | **entry writer** |
| Employer's name | **DSC Logistics** | **Nissin International Transport USA Inc.** |
| Employer's address | **1750 Wolf Road<br>Des Plaines, IL 60018** | **1540 W 190th Street<br>Torrance, CA 90501** |
| How long employed there? | **18 years** | **4 years** |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need
more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **4,956.66** | $ **2,854.88** |
| 3. | Estimate and list monthly overtime pay. | 3. +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ **4,956.66** | $ **2,854.88** |

Debtor 1   **Jermaine Amos, Sr.**
Debtor 2   **Tina M Amos**                                             Case number (*if known*) _____

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Copy line 4 here** .......................................................... | 4. | $   4,956.66 | $   2,854.88 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $   922.76 | $   548.74 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $   0.00 | $   0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $   98.69 | $   0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $   85.19 | $   0.00 |
| 5e. **Insurance** | 5e. | $   573.41 | $   0.00 |
| 5f. **Domestic support obligations** | 5f. | $   0.00 | $   0.00 |
| 5g. **Union dues** | 5g. | $   0.00 | $   0.00 |
| 5h. **Other deductions.** Specify:  **FSA** | 5h.+ | $   166.66 | + $   0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   | 6. | $ 1,846.71 | $ 548.74 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   | 7. | $ 3,109.95 | $ 2,306.14 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   0.00 | $   0.00 |
| 8b. **Interest and dividends** | 8b. | $   0.00 | $   0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   0.00 | $   0.00 |
| 8d. **Unemployment compensation** | 8d. | $   0.00 | $   0.00 |
| 8e. **Social Security** | 8e. | $   0.00 | $   0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $   0.00 | $   0.00 |
| 8g. **Pension or retirement income** | 8g. | $   0.00 | $   0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $   0.00 | + $   0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   | 9. | $   0.00 | $   0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.   | 10. | $ 3,109.95 | + $ 2,306.14 | = $ 5,416.09 |
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   | 11. | +$   0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   | 12. | $   5,416.09 |
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■  No.
☐  Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1     **Jermaine Amos, Sr.**

Debtor 2     **Tina M Amos**
(Spouse, if filing)

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                                12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and         ■ Yes. Fill out this information for
    Debtor 2.                              each dependent...........

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | 5 | ☐ No  ■ Yes |
| **Son** | 15 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include**        ■ No
    **expenses of people other than**   ☐ Yes
    **yourself and your dependents?**

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments
    and any rent for the ground or lot.                                                      4. $ _____ 1,095.00

    **If not included in line 4:**

    4a.   Real estate taxes                                                    4a. $ _____ 0.00
    4b.   Property, homeowner's, or renter's insurance                         4b. $ _____ 0.00
    4c.   Home maintenance, repair, and upkeep expenses                        4c. $ _____ 0.00
    4d.   Homeowner's association or condominium dues                          4d. $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

Debtor 1  **Jermaine Amos, Sr.**

Debtor 2  **Tina M Amos**                                        Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 925.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 1,240.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 290.00 |
| 10. | **Personal care products and services** | | 10. | $ | 135.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 100.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | | |
| | Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify:   **estimated payment for student loans, taxes** | | 21. | +$ | 500.00 |
| | **estimated reaffirmation agreement for 2002 Hyundai** | | | +$ | 125.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. | $ | 5,410.00 |
| | The result is your monthly expenses. | | | | |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 (_your combined monthly income_) from Schedule I. | 23a. | $ | 5,416.09 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 5,410.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income_. | 23c. | $ | 6.09 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jermaine Amos, Sr.**
**Tina M Amos**

Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __68__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 16, 2014**

Signature    **/s/ Jermaine Amos, Sr.**
**Jermaine Amos, Sr.**
Debtor

Date    **June 16, 2014**

Signature    **/s/ Tina M Amos**
**Tina M Amos**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jermaine Amos, Sr.**
    **Tina M Amos**                                          Case No. _____

                                        Debtor(s)        Chapter   **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,927.95** | **2014 - ytd - husband** |
| **$19,472.51** | **2014 - ytd - wife** |
| **$50,289.00** | **2013 - wages - husband** |
| **$35,571.00** | **2013 - wages - wife** |
| **$52,272.00** | **2012 - wages - husband** |
| **$35,842.00** | **2012 - wages - wife** |

B7 (Official Form 7) (04/13)
2

## 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

## 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Partnership Concepts Realty Mgmt** **c/o Kathleen A Barauski** **155 Revere Drive - S** **Northbrook, IL 60062** | **various** | **husband's wages garnished** |

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lorraine M. Greenberg**<br>**150 North Michigan Avenue**<br>**Suite 800**<br>**Chicago, IL 60601** | **June, 2014** | **$335 for the court costs;**<br>**$1,200 for attorneys fees;** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **JP Morgan Chase**<br>**Mt. Prospect, IL** | **checking account** | **$203.97**<br>**5/13/14** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 16, 2014**                       Signature  **/s/ Jermaine Amos, Sr.**
                                                         **Jermaine Amos, Sr.**
                                                         Debtor

Date  **June 16, 2014**                       Signature  **/s/ Tina M Amos**
                                                         **Tina M Amos**
                                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jermaine Amos, Sr.**
**Tina M Amos**

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

**Creditor's Name:**
**Quinlan & Fabish Music Company**

**Describe Property Securing Debt:**
**Pearl Bell Drum Kit**

Property will be (check one):
■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt              ■ Not claimed as exempt

---

Property No. 2

**Creditor's Name:**
**Rent-A-Center**

**Describe Property Securing Debt:**
**bedroom set**

Property will be (check one):
■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt              ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Rent-A-Center** | **Describe Property Securing Debt:**<br>**living room set** |

Property will be (check one):
■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer Usa** | **Describe Property Securing Debt:**<br>**2002 Hyundai Santa Fe (200,000 + miles)** |

Property will be (check one):
■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**June 16, 2014**__          Signature  __**/s/ Jermaine Amos, Sr.**__
                                                **Jermaine Amos, Sr.**
                                                Debtor

Date  __**June 16, 2014**__          Signature  __**/s/ Tina M Amos**__
                                                **Tina M Amos**
                                                Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jermaine Amos, Sr.**
      **Tina M Amos**

                                   Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,200.00** |
| Prior to the filing of this statement I have received | $ | **1,200.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Exemption planning; discussion of bankruptcy and nonbankruptcy options and likely consequences of each option; preparation of documents necessary to file case and obtain relief; discussion of the options and risks with respect to proposed reaffirmation agreements; attendance at Section 341 Meeting; filing of mandatory debtor education certificate of completion;**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions; relief from stay actions; any adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, preparation and filing of motion to reopen case; preparation and filing of motion to avoid judicial lien, unless otherwise compensated.**

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 16, 2014**

                          **/s/ Lorraine M. Greenberg   ARDC No.:**
                          **Lorraine M. Greenberg   ARDC No.: 3129023**
                          **Lorraine M. Greenberg**
                          **150 N. Michigan Avenue**
                          **Suite 800**
                          **Chicago, IL 60601**
                          **312-588-3330  Fax: 312-264-5620**
                          **lgreenberg@greenberglaw.net**

Case 14-22454   Doc 1   Filed 06/16/14   Entered 06/16/14 20:25:03   Desc Main
Document   Page 87 of 114

# AGREEMENT TO RETAIN COUNSEL - CHAPTER 7

The undersigned hereby retains as my Attorney, LORRAINE M. GREENBERG and such other attorneys as may be employed by her and I hereby give permission to Lorraine M. Greenberg to hire other attorneys as co-counsel and to represent me, and to use administrative assistants of her choosing in the following legal matter :

_KP_   **CHAPTER 7**, Attorneys fees of $ 1,200.00  for attorneys fees **and including the**  $335.00 for court costs.

   **PLUS** An additional $25 - 50 approximately for each credit counseling session (two are required) (I pay this directly to an Approved credit counseling agency. Ms. Greenberg will provide me with information regarding agency)

   **PLUS** An additional $225.00 for each Trustee hearing that I fail to attend.

   **PLUS** An additional fee billed at $275.00 per hour for the defense of an adversary proceeding  ($2,500.00 minimum retainer)

   **PLUS** An additional $ 100.00 fee + $30.00 court costs to add creditors after case is filed.

   **PLUS** An additional $ 450.00 fees to prepare and present either a Motion for Redemption, a Motion to Avoid Lien or _J.A._ Motion to Reopen Case (plus court costs to reopen the case of $260.00), all of which must be paid in full before Attorney Greenberg will prepare and present any of these Motions.  _+ MOTION TO EXTEND STAY $300 + postage._ _J.A._

I understand that all money paid for work performed and earned is **NON-REFUNDABLE**, and I agree that the failure to pay all attorneys fees and filing fees when due shall be cause for my attorneys to stop doing further work on my behalf. **In every case, the initial retainer of $500.00 is non-refundable. This is a minimum charge.** It covers our fees and costs for opening a file on your behalf and inputting your information into our computer system. If Client chooses not to proceed with the Chapter 7 for any reason, any fees earned for work performed or for costs expended before the case has been filed are non-refundable. I understand that attorney services may be billed at the rate of $275.00 per hour and paralegal services up to $100.00 per hour.

I have been told that both a chapter 7 and Chapter 13 are proceedings under the U.S. Bankruptcy Code, and that they both affect my credit rating. My attorney has advised me that the decision to file either type of bankruptcy must be carefully considered, and that the decision is mine alone. My attorney has explained both Chapter 13 and Chapter 7 to me and by signing below I acknowledge having been given a copy of each of the Disclosure Forms and the Bankruptcy Information Sheet.

I understand that all of the fees and costs must be paid in full before my case will be fully prepared and filed with the Court, unless otherwise agreed to by Lorraine M. Greenberg. I understand that I will not have the Court's protection from my creditors until the fees and costs have been paid in full, unless otherwise agreed to in writing by Lorraine M. Greenberg and myself.

I have not been made any promises or guarantees other than that my attorneys will represent me in strict compliance with the law, and to the best of their ability and knowledge. I promise to tell my attorneys and the Court the full truth and to cooperate fully with my attorneys in this legal matter, and that if I do not, I agree that my attorney may discontinue representing me.

By signing below, I authorize my attorneys and their staff to file all necessary documents and schedules electronically with the Court and to fax or mail or email copies of pages from my Bankruptcy Petition and Schedules as well as the Notice of Bankruptcy Filing to my Employer, or any other entities my attorneys deem necessary. I also authorize my attorneys to contact whomever is necessary to obtain documentation to support my testimony as to my assets , liabilities, and income, including my present or past employer and the Internal Revenue Service. I further authorize my attorney to use email as a means of communication between myself and/or my creditors and employer.

I understand that it is my responsibility alone to obtain a Certificate of Completion from a credit counseling agency approved by the U.S. Trustee and to have it faxed to my attorneys at (312)264-5620 or delivered in person or emailed to my attorney at lgreenberg@greenberglaw.net and that my attorneys cannot file my case until a certificate is received. I have also been told that I must complete a second credit management training program after my case is filed in order to obtain a discharge of my debts.

By signing below, I acknowledge that I have been informed of any potential conflict of interest that my attorneys may have and that I waive any such conflict without further notice.

I agree to pay all reasonable attorneys fees and costs incurred by LORRAINE M. GREENBERG in the collection of any amounts due under this contract.

I have read this agreement and fully understand it and herewith acknowledge receipt of a copy. I acknowledge that this agreement is the only agreement relating to attorneys fees that I have signed.

_Jermaine Amos_   _Jr._   _Tina Amos_
Debtor   Joint Debtor

Agreed To: _Lorraine M Greenberg_
Lorraine M Greenberg

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jermaine Amos, Sr.**
**Tina M Amos**                                        Case No.
_____         _____
                              Debtor(s)           Chapter     **7**    _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jermaine Amos, Sr.**
**Tina M Amos**                                    X   **/s/ Jermaine Amos, Sr.**          **June 16, 2014**
_____         _____
Printed Name(s) of Debtor(s)                        Signature of Debtor                    Date

Case No. (if known)   _____         X   **/s/ Tina M Amos**                **June 16, 2014**
                                          _____
                                          Signature of Joint Debtor (if any)              Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jermaine Amos, Sr.**
**Tina M Amos**

                   Debtor(s)

Case No. _____

Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **221**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 16, 2014** _____

           **/s/ Jermaine Amos, Sr.** _____
           **Jermaine Amos, Sr.**
           Signature of Debtor

Date:    **June 16, 2014** _____

           **/s/ Tina M Amos** _____
           **Tina M Amos**
           Signature of Debtor

A,T & T
PO Box 5093
Carol Stream, IL 60197-5093


ABC Payday Direct
3070 Lakecrest Circle
Suite 400
Suite 120
Lexington, KY 40513


Advocate HealthCare
PO Box 5598
Chicago, IL 60680-5598


Advocate Healthcare
PO Box 73208
Chicago, IL 60673-7208


Advocate Heatlh & Hospital Corp
c/o Harris & Harris, Ltd
111 West Jackson Blvd., Suite 400
Chicago, IL 60604-4134


Advocate Lutheran General Hospital
Patient Financial Services
1775 Dempster
Park Ridge, IL 60068


Advocate Medical Group
701 Lee Street
Suite 300
Des Plaines, IL 60016


Affirmative Insurance Services
6640 S Cicero Ave
Chicago, IL 60638


American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848


American Medical Collection Agency
4 Westchester Plaza
Suite 110
Elmsford, NY 10523

American Web Loan
522 N 14th Street
Box 130
Ponca City, OK 74601


Americash Loans, LLC
880 Lee Street
Suite 302
Des Plaines, IL 60016


Americash Loans, LLC
880 Lee Street
Ste. 302
Des Plaines, IL 60016


Ameriloan
6161 Savory
Ste. 600
Houston, TX 77036


AmeriLoan
2533 N. Carson Street
Suite 4976
Carson City, NV 89706


Ameriloan
3531 P Street NW
Miami, OK 74354-1904


Ameriloan
North Main PO Box 1525
Miami, OK 74355


Aronson Furniture Company
c/o Freedman, Anselmo et al
P.O. Box 3216
Naperville, IL 60566


AT & T Uverse
c/o Bay Area Credit Service LLC
1901 W 10th Street
Antioch, CA 94509

At&T Mobility
c/o Southwest Credit
4120 International Pkway
Suite 1100
Carrollton, TX 75007-1958


AT&T Uverse
PO Box 5014
Carol Stream, IL 60197-5014


Banfield Wellness Plan Financial Sv
8000 N Tillamook Street
Portland, OR 97213


Bank of America
c/o Enhanced Recovery Co LLC
PO Box 1967
Southgate, MI 48195-0967


Baron Coll
155 Revere Dr
Northbrook, IL 60062


BestChoice123.com
P.O. Box 472
Talmage, CA 95481


Blatt, Hasenmiller, Leibsker & Moor
125 South Wacker Drive
Suite 400
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker & Moor
125 South Wacker Drive, Ste. 400
Chicago, IL 60606


Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


CANDICA, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Capital One
c/o Tsys Total Debt Management, Inc
PO Box 5155
Norcross, GA 30091


Capital One Bank
Attention: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083          Clai
Original Filed Date: 10/25/2011


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Capital One, N.a.
Po Box 85520
Richmond, VA 23285


Cash America Net Of Illinois LLC
200 West Jackson Blvd
Suite 2400
Chicago, IL 60606


CAsh Transfer Centers
PO Box 1216
Oaks, PA 19456


Cash Transfer Centers
400-15225 104th Ave
Surrey BC  V3R  6Y8


Cashnet
200 West Jackson
Chicago, IL 60606


Cashnet500
4001 South 700 Street
Salt Lake City, UT 84107

CashNetUSA.com
PO Box 18066
Hauppauge, NY 11788-8866


CashTransferCenters.com
Level 8, Suite 3, Plaza Commercial
Bisazza Street, Sliema SLM15
Malta


Castle PayDay.com
Customer Support
PO Box 704
Watersmeet, MI 49969


Certegy Payment Recovery Svs
3500 5th Street
Northport, AL 35476


Check Into Cash of Illinois LLC
dba Check Into Cash
781 W Golf Road
Des Plaines, IL 60016


Check Into Cash of Illinois, LLC
c/o CT Corporation System
208 S LaSalle Street
Suite 814
Chicago, IL 60604


Check N Go
1047 C York Road
Bensenville, IL 60106


Chela
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773


Chela
Po Box 9500
Wilkes Barre, PA 18773


Child Support Bankruptcy Reporting
DCSE/MRU
P.O. Box 19405
Springfield, IL 62794-9405

CNU of Illinois, LLC
dba CashnetUSA
200 West Jackson Blvd.
Suite 2400
Chicago, IL 60606


Collect America
370 17th Street
Ste 5000
Denver, CO 80202


Collection Company of America
P.O. Box 601
Norwell, MA 02061-0601


Collection Company of America
700 Longwater Drive
2nd Floor
Norwell, MA 02061-1674


Colony Apartments
475 Enterprise Drive
Mount Prospect, IL 60056


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd
2100 Swift Dr.
Attn: Bankruptcy
Oak Brook, IL 60523


ComEd
C/O: System Credit Department
2100 West Drive
Oak Brook, IL 60523


ComEd
3 Lincoln Center
Oakbrook Terrace, IL 60181


Consumer Legal Advisors
4500 S 129th E Avenue
Suite 177
Tulsa, OK 74134

Credit Management
4200 International Pwy
Carrolton, TX 75007


Credit Management
4200 International Pkwy
Carrollton, TX 75007


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Credit Protection Assoc.
13355 Noel Road
Suite 2100
Dallas, TX 75240


CrossCheck INC
6119 State Farm Drive
Rohnert Park, CA 94928


CrossCheck INC
1440 N McDowell Blvd
Petaluma, CA 94954


DashofCash
P.O. Box 1469
Kahnawake, Quebec J0L 1B0


Devry Inc
814 Commerce Drive
Oak Brook, IL 60523


Dominicks Finer Foods
Customer Service Center
Safeway, Inc. M/S 10501
PO Box 29093
Phoenix, AZ 85038-9093


Dr/bond Coll
Po Box 498609
Cincinnati, OH 45249

Dr/bond Coll
7745 E Kemper Rd
Cincinnati, OH 45249


East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603


Ecast Settlement
P.O. Box 35480
Newark, NJ 07193-5480


ECMC
Lockbox 8682
PO Box 16478
Saint Paul, MN 55116


Educational Credit Mgmt. Corp.
101 E. 5th Street, #2400
Bankruptcy Dept.
St. Paul, MN 55101


Elmhurst Animal Care Center
850 S Riverside Drive
Elmhurst, IL 60126


Elmhurst Memorial Hospital
PO Box 92348
Attn: Patient Accts/Bankruptcy
Chicago, IL 60675-2348


Fair Collection
6931 Arlington Road
Suite 40
Bethesda, MD 20814


Fair Collections & Outsourcing
12304 Baltimore Avenue
Beltsville, MD 20705


Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220

Fifth Third Bank Customer Service
MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Fingerhut Direct Marketing
6250 Ridgewood Road
Saint Cloud, MN 56303


First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524


First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Firstsource Fin Soluti
7650 Magna Drive
Belleville, IL 62223


Gateway
4 Solomon's Arcade
Charleston, NEVIS
West Indies


Gateway Holdings Group LLC
c/o Jennifer Macri
348 Plaza
Atlantic Beach, FL 32233


GE Money Bank
Attn: Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076


Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/JC Penny
Po Box 965005
Orlando, FL 32896


GQ Magazine
c/o North Shore Agency
PO Box 4945
Trenton, NJ 08650


GR Enterprises
National Loan Center
PO Box 5813
Wilmington, DE 19808


GR Enterprises dba Signmyloan.net
National Loan Center
PO Box 5813
Wilmington, DE 19808


Great Eagle Lending
2726 Mission Rancheria Rd
Lakeport
,
CA


Great Lakes Specialty Finance, Inc.
dba Check N Go
c/o CT Corporation System
208 S LaSalle Street, Suite 814
Chicago, IL 60604


H & R Block Bank
Correspondence
PO Box 105824
Atlanta, GA 30348-5824


H E Stark Agency
6425 Odana Rd
Madison, WI 53715


Hamilton Liberty, Inc. dba
Best Choice 123.com
PO Box 472
Talmage, CA 95481

Hamilton Liberty, Inc. dba
BestChoice123.com
PO Box 257, Main Street
Charlestown, NEVIS


Harris & Harris, Ltd
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris Connect
Chase Receivables
1247 Broadway
Sonoma, CA 95476


Harvard Collection Services, Inc
4839 N. Elston Avenue
Chicago, IL 60630-2534


Heller and Frisone for TCF NB
33 North LaSalle Street
Suite 1200
Chicago, IL 60602


Home Properties
c/o Sanford Kahn
180 N LaSalle, Suite 2025
Chicago, IL 60601


ICS Inc.
PO Box 1010
Tinley Park, IL 60477-9110


Il Dept Of Healthcare
509 S 6th St
Springfield, IL 62701


IL Dept of Healthcare & Family Svs
PO Box 19405
Springfield, IL 62794


IL Dept of Healthcare and Family Service
PO Box 19405
Springfield, IL 62794

Illinois Bell Telephone Company
% AT&T Services Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921


Illinois Bone & Joint
5057 Paysphere Circle
Chicago, IL 60674


Illinois Bone & Joint Institute
5057 Paysphere Circle
Chicago, IL 60674-0001


Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477-9110


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St.
Level 7-400
Chicago, IL 60601


Illinois Title Loans, Inc
c/o The Salkin Law Firm, P.A.
1776 N. Pine Island Road, Suite 218
Plantation, FL 33322


Illinois Title Loans, Inc.
c/o CT Corporation System
208 S LaSalle Street
Suite 814
Chicago, IL 60604


Illinois Title Loans, Inc.
822 W. Northwest Hwy
Arlington Heights, IL 60004


Integrity Solutions Services
PO Box 1898
Saint Charles, MO 63302

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Isac
1755 Lake Cook Rd
Deerfield, IL 60015


ISTA
Suite 300 B
7825 Baymeadows Way
Jacksonville, FL 32256


Jay K. Levy & Associates
155 Revere Drive - Suite 2
Northbrook, IL 60062-1558


Jefferson Capital Systems LLC
Purchased From ARROW FINANCIAL SERVICES,
PO BOX 7999
SAINT CLOUD, MN 56302-9617


Jefferson Capital Systems LLC
PO Box 953185
Saint Louis, MO 63195


JP Morgan Chase Bank, N.A.
PO Bpx 659732
San Antonio, TX 78265


KCA Financial Services, Inc.
628 North Street
P.O. Box 53
Geneva, IL 60134


L J Ross And Associate
Po Box 1838
Ann Arbor, MI 48106


Literary Guild Select
Member Service Center
PO Box 916400
Rantoul, IL 61866-6400

Malcolm S. Gerald & Associates
332 S. Michigan Avenue Suite 600
Chicago, IL 60604


Manhattan Processing
10561 Barclay Street
Overland Park, KS 66212


Manhattan Processing
PO Box 368
Timber Lake, SD 57656


Med Busi Bur
1460 Renaissance Dr
Park Ridge, IL 60068


Medical Business Burea
1460 Renaissance Dr
Park Ridge, IL 60068


Medical Business Bureau, Inc.
1175 Devin Drive, Suite 173
Norton Shores, MI 49441


Men's Health
PO Box 7318
Red Oak, IA 51591-0318


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Cr
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Meta Bank
11601 Roosevelt Bl
TA 74
Saint Petersburg, FL 33701


MetaBank
6250 Ridgewood Road
Saint Cloud, MN 56303

Midland Funding
American Infosource
PO Box 4457
Houston, TX 77210


Midland Funding LLC
c/o Midland Credit Mgmt. Inc
8875 Aero Drive, Suite 200
San Diego, CA 92123


Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457


Midwest heart Specialists
1901 S Meyers Road
Suite 350
Oakbrook Terrace, IL 60181-5207


Monterey Col
4095 Avenida De La Plkata
Oceanside, CA 92056


Monterey Financial
4095 Avenida De La Plata
Oceanside, CA 92056


Mutual Hospital Svs
c/o Richard P. Komyatte & Assoc.
9650 Gordon Drive
Highland, IN 46322


Mutual Hospital Svx
PO Box 19828
Indianapolis, IN 46219


National Capital Management, LLC.
POB 12786
Norfolk, VA 23541


National Cash Advance & Payday Loan
Center
PO Box 5813
Wilmington, DE 19808

National Opportunties
42 Reads Way
New Castle, DE 19720


National Ser
18820 Aurora Avenu
Shoreline, WA 98133


NCO Financial
507 Prudential Road
Horsham, PA 19044


Nicor Gas
Po Box 549
Attn: Bankruptcy Dept
Aurora, IL 60507


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


NLS-Nat'l Payday & Loan Svc Ctr
CashAdvance.Com
599b Yonge Street, #217
Toronto, Ont M4y1Z4


NorthShore University Health System
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230


Northshore University HealthSystem
Professional Services
23056 Network Place
Chicago, IL 60673-1230


NorthShore University HealthSystem
Medical Group
9532 Eagle Way
Chicago, IL 60678


NorthShore University HealthSystem
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230

Northwest Community Hospital
800 West Central Road
Attn: Patient Accounts
Arlington Heights, IL 60005


Northwest Family Physicians LLC
1700 West Central Road
Suite 140
Arlington Heights, IL 60005


Opportunity Financial
11 E Adams, Suite 501
Chicago, IL 60603


Orsini Healthcare
1111 Nicholas Blvd
Elk Grove Village, IL 60007


Park Ridge Anesthesiology
P.O. Box 1123
Jackson, MI 49204


Partnership Concepts Realty Mgmt
c/o Kathleen A Barauski
155 Revere Drive - S
Northbrook, IL 60062


Partnership Concepts Realty Mgmt
201 East Ogden Ave
Hinsdale, IL 60521


Pellettieri & Associates, P.C.
991 Oak Creek Drive
Lombard, IL 60148-6408


Penn Credit Corporation
916 S. 14th Str.
P.O. Box 988
Harrisburg, PA 17108-0988


Pinnacle Credit Serivc
Po Box 640
Hopkins, MN 55343

Pinnacle Credit Serivc
Pob 5617
Hopkins, MN 55343


Pinnacle Management Svs
514 Market Loop Suite 103
West Dundee, IL 60118


Pluto Funding
8700 State Line Road
Suite 305
Leawood, KS 66206


Pluto Marketing
1000 N West Street
Ste 1224
Wilmington, DE 19801


Premier BankCard/Charter
Post Office Box 2208
Vacaville, CA 95696


Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201


Professnl Acct Mgmt In
633 W Wisconsin Av
Milwaukee, WI 53203


Quality Cellular Corp
c/o H.E. Stark Agency Inc
POB 45710
Madison, WI 53744


Quinlan & Fabish Music Company
166 Shore Drive
Burr Ridge, IL 60521


Rapital Capital
P.O. Box 1469
Kahnawake, Quebec J0L 1B0

RedStone Financial LLC
PO Box 368
Timber Lake, SD 57656


Rent-A-Center
Glenn Heilizer
5 N. Wabash Avenue Ste. 1304
Chicago, IL 60602


Rent-a-Center
8812 West Dempster
Niles, IL 60714


RJM Acquisitions LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416


Robert R. Mucci
PO Box 190
West Chicago, IL 60186


Roundup Funding LLC
MS 550
PO Box 91121
Seattle, WA 98111-1121


Sallie Mae Inc. on behalf of
Educational Credit Management Corp
P.O. Box 16408
St. Paul, MN 55175


Sallie Mae Inc. on behalf of
Educational Credit Mgmt Corp/VA
Lockbox 8682
PO Box 75848
Saint Paul, MN 55175


Sallie Mae, Inc. on behalf of
UNITED STUDENT AID FUNDS, INC.
c/o Sallie Mae Guarantee Services, Inc.
P. O. Box 6180
Indianapolis, IN 46206-6180

Sallie Mae, Inc. on behalf of USA Funds
Attn: Bankruptcy Litigation
PO Box 9430 (E3149)
Wilkes-Barre, PA 18773-9430


Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161


Santander Consumer Usa
Attn: Bankruptcy Dept.
PO Box 560284
Dallas, TX 75356-0284


Short Term Loans LLC
James T Choslock
1400 E. Touhy Avenue, #100
Des Plaines, IL 60018


Short Term Loans LLC
James T Choslock
1400 E Touhy Ave #100
Des Plaines, IL 60010


Short Term Loans LLC
1400 E. Touhy Avenue, #108
Des Plaines, IL 60018


Sir Finance
6140 N. Lincoln Avenue
Chicago, IL 60659


Spark Preschool & Daycare
735 Westgate Road
Des Plaines, IL 60016


Spencer Leak & Sons, Inc
7838 S Cottage Grove Ave
Chicago, IL 60619


Sprint
Attn: Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

Sprint
PO Box 3827
Englewood, CO 80155-3827


Squaretwo Financial Commercial
Funding Corp
c/o CT Corporation
208 S LaSalle St, Suite 814
Chicago, IL 60604


St. James Hospital and Health Cente
1423 Chicago Road
Attn: Patient Accounts
Chicago Heights, IL 60411


State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197-5400


Suburban Ear, Nose & Throat Assoc
880 West Central Road
Suite 7200
Arlington Heights, IL 60005


Susan C Lapid MD SC
380 E Northwest Highway
Des Plaines, IL 60016-2290


Target Finance, LLC
PO Box 581
Hays, MT 59527


TCF Bank
c/o Professional Account Mgmt LLC
ONPROF30
PO Box 1022
Wixom, MI 48393-1022


The Colony Apartments
475 W Enterprise Drive
Mount Prospect, IL 60056


The Colony Apartments/Home Properties
475 W Enterprise Drive
Mount Prospect, IL 60056

```
TIOR Capital LLC
1489 W Warn Springs Road
Suite 110
Henderson, NV 89014-7367


Tony's Finer Foods
c/o TRS Recovery Services, Inc.
5251 WEstheimer
Houston, TX 77056


Tony's Finer Foods
1200 Bryn Mawr
Itasca, IL 60143


Tracey Smith
9112 S Ada
Chicago, IL 60620-3533


TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056


U.S. Bank N.A.
POB 5229
Cincinnati, OH 45201-5229


US Bank
205 W. Fourth Street
3rd Floor
Cincinnati, OH 45202


US Cellular
c/o Diversified Adjustment Service,
600 Coon Rapids Blvd
Coon Rapids, MN 55433


Van Ru Credit Corp
1350 E Touhy Ave
Suite 100E
Des Plaines, IL 60018-3307


Van Ru Credit Corporation
11745 W Bradley Road
Milwaukee, WI 53224-2531
```

Van Ru Credit Corporation
10024 Skokie Blvd
P.O. Box 1109
Skokie, IL 60077-1109


Verizon
Verizon Wireless Department/Attn: Bankru
Po Box 3397
Bloomington, IL 61702


Verizon
National Recovery
Minneapolis, MN 55426